IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HUBIE E. ROBERTS,**
    Petitioner,

vs.                                        Case No: 5:07cv106/RH/MD

**UNITED STATES OF AMERICA,**
    Respondent.

---

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner commenced this action on May 17, 2007 by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (doc. 1). The petition was not accompanied by the filing fee or a motion to proceed *in forma pauperis*. On May 23, 2007 this court issued an order directing petitioner to submit, within thirty days, an amended petition and either the $5.00 filing fee or a complete application to proceed *in forma pauperis* (doc. 3). Petitioner did not respond to the order.

Accordingly, on July 13, 2007 the court issued an order requiring petitioner to show cause within twenty days why this case should not be dismissed (doc. 4). Twenty days has elapsed, and petitioner has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of this court.

At Pensacola, Florida, this 23rd day of August, 2007.

                                                  /s/ *Miles Davis*
                                                  **MILES DAVIS**
                                                  **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 5:07cv106/RH/MD*