IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HUBIE E. ROBERTS,

 Petitioner,

v.            CASE NO. 5:07cv106-RH/MD

UNITED STATES OF AMERICA,

 Respondent.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

 IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is DISMISSED for failure to abide by an order of the court, and failure to prosecute. The clerk shall enter judgment accordingly and

shall close the file.

      SO ORDERED this 24th day of September, 2007.

                                      <u>s/Robert L. Hinkle</u>
                                      Chief United States District Judge